This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CITY OF SANTA FE, ex rel.**
**SANTA FE POLICE DEPARTMENT,**

Petitioner-Appellee,

v.                                                                         NO. 34,091

**ONE (1) 2002 TAN NISSAN FRONTIER,**
**VIN 1N6DD26S92C384983, NEW MEXICO**
**LICENSE NO. 420SLN,**

Respondent,

and

**GILBERT L. BACA and MARCO BACA,**

Claimants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Sylvia Lamar, District Judge**

Office of the City Attorney
R. Alfred Walker
Santa Fe, NM

for Appellee

Gilbert Baca

Marco Baca
Santa Fe, NM

Pro Se Appellants

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     Accordingly, we dismiss for the reasons stated in our calendar notice.

{3}     **IT IS SO ORDERED.**


_____

**JAMES J. WECHSLER, Judge**


**WE CONCUR:**


_____

**MICHAEL E. VIGIL, Chief Judge**


_____

**RODERICK T. KENNEDY, Judge**